UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL LYNCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED HOME MORTGAGE CAPITAL CORPORATION,<br><br>Defendant. | No.: 2:07-cv-00136 (GLL)<br>[Electronically Filed] |

STIPULATION FOR EXTENSION OF TIME

Subject to Court approval, Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and agree that the date for Defendant to file a motion to dismiss or an answer in response to Plaintiff's Complaint shall be extended until Monday, April 9, 2007.

Dated: April 2, 2007

**CARLSON LYNCH LTD.**

By: /s/ R. Bruce Carlson
R. Bruce Carlson
PA I.D. No. 56657
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
Telephone: (412) 749-1677

Counsel for Plaintiff

Respectfully submitted,

**REED SMITH LLP**

By: /s/ Roy W. Arnold
Roy W. Arnold
PA I.D. No. 70544
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3916

Of Counsel:
Rik S. Tozzi
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6088

Counsel for Defendant

IT IS SO ORDERED,

_____
Honorable Gary L. Lancaster
United States District Judge

DATED: 4-3-07